IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


RANDALL WILLIAMS,
ADC #501184                                                              PLAINTIFF

v.                                    4:05CV00136JMM/HLJ

JAMES WINNEN, et al.                                                     DEFENDANTS


<u>JUDGMENT</u>

     Pursuant to the Memorandum and Order entered August 18, 2005, this case is hereby

DISMISSED without prejudice.

     IT IS SO ORDERED this 22nd day of August, 2005.



United States District Judge